UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22335-CIV-RNS

CLARA IVETTE COYA, ROSALIA HIDALGO ZALDIVAR, WALKIRIA MARIA PEREZ LOPEZ, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

MODELO HEALTH CARE CENTER INC., TULIO QUIRANTES JR,

Defendants.

**NOTICE OF COMPLIANCE WITH THE COURT ORDER [DE 7]**

**COME NOW** Plaintiffs, by and through undersigned counsel, Plaintiffs provide notice of their compliance with the Court's Order [DE 7], and state as follows:

1. Pursuant to the Court's Order [DE 7], upon appearance of Defendant, Plaintiff on August 9, 2016 has served a copy of the Court Order [DE 7] and Plaintiff's Statement of Claim.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: *<u>/s/ Stephen M. Fox Jr</u>*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

## CERTIFICATE OF SERVICE

I hereby certify that as of August 9, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

Stephen M. Fox, Jr., Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By: /s/ *Stephen M. Fox, Jr.*
Stephen Michael Fox, Jr.
Florida Bar No.: 110359
Email: Stephen.fox.esq@gmail.com

## SERVICE LIST

Daniel Loren Leyton
Kravitz, Talamo & Leyton, LLP
1101 Brickell Ave., South Tower 8th Floor
Miami, FL 33131
305-667-0114
Fax: 877-652-0300
Email: leyton@ktl-law.com
*Attorney for Defendants*