UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22335-CIV-RNS

CLARA IVETTE COYA, ROSALIA HIDALGO ZALDIVAR, WALKIRIA MARIA PEREZ LOPEZ, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

MODELO HEALTH CARE CENTER INC., TULIO QUIRANTES JR,

Defendants.

**JOINT SCHEDULING REPORT**

Pursuant to Local Rule 16.1, and in accordance with the Court's Order (DE 7), Plaintiffs CLARA IVETTE COYA, ROSALIA HIDALGO ZALDIVAR, and WALKIRIA MARIA PEREZ LOPEZ ("Plaintiffs") and Defendants MODELO HEALTH CARE CENTER INC. and TULIO QUIRANTES JR ("Defendants")[1], request that this case be assigned the Standard Discovery Track, and submit the following Joint Scheduling Report.

**a. A discussion of the likelihood of settlement:**

Settlement appears to be unlikely at this time.

**b. A discussion of the likelihood of appearance in the action of additional parties:**

The Parties do not anticipate the appearance of any additional parties but reserve the right to name additional parties, within the time limits proposed below.

[1] Collectively, Plaintiffs and Defendants are "the Parties." Individually, litigants herein may be referred to as a "Party."

**c. The necessity or desirability or amendments to the pleadings:**

Unknown at this time. However, one or more Parties may request leave to amend their pleadings following determinations made through discovery in this case, and the Parties agree to consult with each other to avoid unnecessary disputes regarding any such amendment(s).

**d. A proposal for the formulation and simplification of issues; including the elimination of frivolous claims or defenses:**

Counsel will meet before the Pretrial Conference or Calendar Call to discuss any proposals for the formulation and simplification of the issues. Otherwise, the Parties have no proposals at this time.

**e. Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

At this time, the Parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence, but will endeavor to find ways to litigate this case efficiently.

**f. A discussion of possible admissions of fact; of possible stipulations regarding authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence:**

Whenever possible, the Parties will endeavor to cooperate in avoiding unnecessary proof of facts by seeking the admission of undisputed facts, including admissions as to the authenticity of relevant documents. The Parties will additionally endeavor to agree to procedures governing the discovery and production of electronic documents and electronically stored information in the future as any specific needs arise.

**g. A preliminary estimate of the time required for trial:**

The Parties estimate that this case can be tried in three to four (3-4) days. Plaintiff has requested a jury trial.

**h. Any other information that might be helpful to the court:**

At this time, the Parties have no other information which would be helpful to the Court in setting this case for status or pretrial conference.

By: : ***/s/Stephen M. Fox, Jr.***
Stephen M. Fox, Jr., Esq.
Fla. Bar No. 110359
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
*Counsel for Plaintiff*

By: ***/s/ Daniel Loren Leyton***
Daniel Loren Leyton, Esq.
Fla. Bar No. 61824
Kravitz, Talamo & Leyton, LLP
1101 Brickell Ave., South Tower 8th Floor
Miami, FL 33131
305-667-0114
Fax: 877-652-0300
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that as of August 29, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida.

Stephen M. Fox, Jr., Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By: */s/ Stephen M. Fox, Jr.*
Stephen Michael Fox, Jr.
Florida Bar No.: 110359
Email: Stephen.fox.esq@gmail.com

## **Joint Scheduling Form**

| **DATE**<br>month/day/year | |
|---|---|
| 3/31/2017 | Joinder of Additional Parties and motions for class certification. |
| 5/2/2017 | Parties shall exchange expert witness summaries and reports. |
| 5/12/2017 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 6/1/2017 | Parties exchange rebuttal expert witness summaries and reports. <u>Note</u>: These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| 7/21/2017 | All discovery, including expert discovery, shall be completed. |
| 7/31/2017 | A mediator must be selected. |
| 8/18/2017 | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **<u>minimum of eight (8) weeks</u>** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If <u>no</u> dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| 9/29/2017 | Mediation shall be completed. |
| 10/13/2017 | All Pretrial Motions and Memoranda of Law must be filed. |
| 10/27/2017 | Joint Pretrial Stipulation must be filed. |
| 11/21/2017 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 11/27/2017 | Deposition designations must be filed. |
| 11/28/2017 | Beginning of Trial Period. |